G. DALE VAN LEEUWEN & SONS, INCORPORATED, Plaintiff-Appellee, Cross-Appellant, v. KAUFMAN AND BROAD HOMES, INC. *et al.,* Defendants-Appellants.

(No. 71-189;

Second District—September 7, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Mirabella, Facktor, Mirabella & Kincaid, of Wheaton, for appellants.

John M. Kaveny, of Chicago, for appellee.